■ ALAN GREENBERG, Appellant, v JONATHAN Q. FREY, Respondent. [— NYS2d —] —Order, Appellate Term, Supreme Court, First Department (Parness, J. P., McCooe and Freedman, JJ.), entered on or about June 13, 1997, which reversed the order of the Civil Court, New York County (Marilyn Shafer, J.), entered on or about January 25, 1996, unanimously affirmed, without costs or disbursements. The unpublished order of this Court entered herein on February 10, 1998 is hereby recalled and vacated. No opinion. Concur—Sullivan, J. P., Milonas, Mazzarelli and Andrias, JJ.

■ ELEFTERIA MENEGATOS, Respondent, v YALE UNIVERSITY et al., Defendants, and DESIGN BUILD INTERNATIONAL, INC., Also Known as ALERT, INC., et al., Appellants. [668 NYS2d 456] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered October 23, 1997, which, *inter alia*, struck defendants-appellants' answer unless it provided certain disclosure, and order, same court and Justice, entered October 29, 1997, which, insofar as appealed from, struck appellants' answer for disclosure noncompliance, unanimously affirmed, with costs.

The record supports the IAS Court's conclusion that appellants' noncompliance was a deliberate attempt to delay an action involving serious personal injuries sustained by a plaintiff of advanced years, and warrants the ultimate sanction. Concur—Ellerin, J. P., Nardelli, Wallach, Rubin and Tom, JJ.

■ In the Matter of MARCIA SHEILA KASDAN, a Suspended Attorney. [671 NYS2d 966] —Application for reinstatement granted to the extent of referring this matter to the Departmental Disciplinary Committee for a hearing, as indicated. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Nardelli, JJ.